UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| LLOYD PRICE | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO: 3:17-cv-01069 |
| | * | |
| versus | * | |
| | * | |
| WAL-MART LOUISIANA, LLC, WAL- | * | JUDGE ROBERT G. JAMES |
| MART STORES INC., STACY MARTIN, | * | |
| THE COCA-COLA COMPANY, AND | * | |
| COCA-COLA BOTTLING COMPANY | * | |
| UNITED, INC. | * | MAGISTRATE JUDGE |
| | * | KAREN L. HAYES |
| | * | |
| Defendants. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## 28 U.S.C. § 1447(b) COMPLIANCE

NOW INTO COURT, through undersigned counsel, come Defendants Coca-Cola Bottling

Company United, Inc., The Coca-Cola Company,[1] who, in compliance with the Court's Removal

Order (Rec. Doc. No. 3), and as required pursuant to 28 U.S.C. § 1447(b), respectfully represents

as follows:

---

[1] The Coca-Cola Company is not a proper party-defendant to this action.  At the time of the incident in question, Coca-Cola Bottling Company United, Inc. owned all of the "Coca-Cola" identified coolers in the Wal-Mart Store located at 2701 Louisville Avenue in Monroe, Louisiana.  The Coca-Cola Company did not own any said coolers, nor did it have any responsibility for servicing said coolers.

1.  A list of all parties still remaining in the action:

| Plaintiff, Lloyd Price | Defendants, Coca-Cola Bottling Company United, Inc. and The Coca-Cola Company | Defendants, Wal-Mart Louisiana LLC, Wal-Mart Stores, Inc., and Stacy Martin |
|---|---|---|
| Ross Downs, Jr. The Downs Law Firm, A.P.C. 517 North Washington Street Bastrop, Louisiana 71220 T: 318-281-7677 F: 318-281-2225 | Matthew W. Bailey Irwin Fritchie Urquhart & Moore, LLC 400 Convention St., Ste. 1001 Baton Rouge, Louisiana 70802 Telephone:  (225) 615-7150 Fax: (504) 310-2101 mbailey@irwinllc.com <br><br> Kelly Juneau Rookard Gretchen F. Richards 400 Poydras Street, Suite 2700 New Orleans, Louisiana 70130 Phone (504) 310-2100 Fax (504) 310-2101 kjuneau@irwinllc.com grichards@irwinllc.com | Paul M. Adkins Blanchard, Walker, O'Quin & Robert, PLC 700 Regions Tower Post Office Drawer 1126 Shreveport, Louisiana 71163-1126 Phone (318) 221-6858 Fax (318) 221-2967 PAdkins@bwor.com |

2.  A certified copy of the entire state court record is appended hereto as Exhibit A.

3.  Documents included in the State Court record, arranged by order of filing date, are:

    a.  Petition for Damages, filed by Plaintiff on March 1, 2017.

    b.  Citation of Service to Stacy Martin, return dated March 3, 2017.

    c.  Citation of Service to Wal-Mart Louisiana LLC, return dated March 8, 2017.

    d.  Citation of Service to Wal-Mart Stores Inc., return dated March 8, 2017.

    e.  Citation of Service to The Coca-Cola Company, return dated March 8, 2017.

    f.  Citation of Service to Coca-Cola Bottling Company United, Inc., return dated March 8, 2017.

    g.  Answer to Petition for Damages, with jury demand, filed on behalf of Coca-Cola

Bottling Company United, Inc., dated April 12, 2017.

h.  Request for Notice filed on behalf of Coca-Cola Bottling Company United, Inc., dated April 12, 2017.

i.  Answer to Petition for Damages, with jury demand, and Third-Party Demand, filed on behalf of Wal-Mart Louisiana LLC and Wal-Mart Stores, Inc., dated April 24, 2017.

j.  Request for Notice of Trial and Judgment, filed on behalf of Wal-Mart Louisiana LLC and Wal-Mart Stores, Inc., dated April 24, 2017.

k.  Answer to Petition filed on behalf of Stacy Martin, dated May 1, 2017.

l.  Citation of Service to Coca-Cola Bottling Company United, Inc., regarding Third-Party Demand brought by Wal-Mart Louisiana LLC and Wal-Mart Stores, Inc., return dated May 15, 2017.

m.  Dilatory Exception of Prematurity to the Third Party Demand, filed on behalf of Coca-Cola Bottling Company United, Inc., dated May 30, 2017.

n.  Letter advising Court that Dilatory Exception of Prematurity be passed without hearing at the request of the parties, dated May 31, 2017.

o.  Memorandum of Opposition to Dilatory Exception of Prematurity, filed on behalf of Wal-Mart Louisiana LLC and Wal-Mart Stores, Inc., dated June 6, 2017.

p.  Motion to Withdraw Katrina R. Jackson as Plaintiff's Co-Counsel of Record, dated July 3, 2017.

q.  Order granting Motion to Withdraw Katrina R. Jackson as Plaintiff's co-counsel of record, dated July 6, 2017.

r.  Notice of Removal to State Court Clerk, filed on behalf of Coca-Cola Bottling

Company United, Inc. and The Coca-Cola Company, dated August 28, 2017.

4.   Undersigned counsel certifies that Exhibit A constitutes the entire State Court record.

Respectfully Submitted:

IRWIN FRITCHIE URQUHART & MOORE LLC

*/s/ Matthew W. Bailey*
MATTHEW W. BAILEY (#21459)
400 Convention Street, Suite 1001
Baton Rouge, Louisiana 70802
Telephone:  (225) 615-7150
Fax: (504) 310-2101
mbailey@irwinllc.com

KELLY JUNEAU ROOKARD (#30573)
GRETCHEN F. RICHARDS (#35782)
400 Poydras Street, Suite 2700
New Orleans, Louisiana 70130
Phone (504) 310-2100
Fax (504) 310-2101
kjuneau@irwinllc.com
grichards@irwinllc.com
*Attorneys for Defendants Cannon Cochran Management*
*Services, Inc. and The Coca-Cola Company*

## CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2017, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

*/s/ Matthew W. Bailey*