UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

LLOYD PRICE                                        *
                                                   *
        Plaintiff,                                 *        CIVIL ACTION NO.: 3:17-cv-01069
                                                   *
     versus                                        *
                                                   *
WAL-MART LOUISIANA, LLC,                           *        JUDGE:  DOUGHTY
WAL-MART STORES INC., STACY MARTIN,                *
THE COCA-COLA COMPANY, AND                         *
COCA-COLA BOTTLING COMPANY                         *        MAGISTRATE JUDGE:
UNITED, INC.                                       *        JOSEPH H.L. PEREZ-MONTES
                                                   *
        Defendants.                                *
                                                   *
* * * * * * * * * * * * * * * * * * * * * * * * * * *

---

## MOTION FOR SUMMARY JUDGMENT

---

**NOW INTO COURT**, through undersigned counsel, come Defendant, THE COCA-COLA COMPANY, who, pursuant to Rule 56 of the Federal Rules of Civil Procedure, respectfully represents that there are no genuine issues of material fact and, therefore, Defendant is entitled to summary judgment as a matter of law. For the reasons fully set forth in the attached memorandum in support, Plaintiff has failed to satisfy his burden of proving that The Coca-Cola Company was the owner or custodian of the "Coca-Cola" identified coolers in question on the date of the plaintiff's accident, or that The Coca-Cola Company was in any way responsible for

maintaining the Coca-Cola identified coolers in question. Accordingly, summary judgment is warranted.

WHEREFORE, The Coca-Cola Company prays that this Court grant its motion for summary judgment and dismiss Plaintiff's claims against it, with prejudice and at Plaintiff's costs.

Respectfully submitted,

**IRWIN FRITCHIE URQUHART & MOORE LLC**

BY:  */s/ Matthew W. Bailey*
MATTHEW W. BAILEY (La. Bar No.  21459)
400 Poydras Street, Suite 2700
New Orleans, Louisiana 70130
Telephone:  (504) 310-2100
Fax: (504) 310-2101
mbailey@irwinllc.com

*Counsel for Defendant, The Coca-Cola Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 9, 2018, I electronically filed the foregoing with the Court using the CM/ECF system and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing.

*/s/ Matthew W. Bailey*