UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **LLOYD PRICE** | **CIVIL ACTION NO. 3:17-CV-01069** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **WAL-MART LOUISIANA, LLC, ET AL.** | **MAG. JUDGE J.H.L. PEREZ-MONTES** |

**JUDGMENT**

For the reasons set forth in this Court's Ruling,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion for Summary Judgment [Doc. No. 42] filed by Defendant Coca-Cola Bottling Company United, Inc. is **DENIED**.

**MONROE, LOUISIANA**, this 13th day of August, 2018.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE