# BLANCHARD WALKER
## A TRADITION OF EXCELLENCE SINCE 1917

BLANCHARD, WALKER, O'QUIN & ROBERTS
A PROFESSIONAL LAW CORPORATION

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - MONROE

MAR 0 4 2019

TONY R. MOORE, CLERK

Regions Tower, Suite 700
333 Texas Street
Shreveport, LA 71101
Firm: 318.221.6858
Fax: 318.227.2967
Web: www.bwor.com

Mailing Address:
P.O. Drawer 1126
Shreveport, LA 71163-1126

**SCOTT R. WOLF**
Direct: 318.934.0228
Email: swolf@bwor.com
Licensed in
Louisiana
Texas
Nevada
Arizona

February 21, 2019

**VIA U.S. MAIL**
Hon. Terry A. Doughty
United States District Judge
201 Jackson Street, Suite 215
Monroe, Louisiana 71201

Re: *Lloyd Price vs. Wal-Mart Louisiana, LLC, et al.; No. 3:17-CV-01069
U.S.D.C.; Western District of Louisiana, Monroe Division
Our File No. 450056.541*

Dear Judge Doughty:

This letter is to advise the Court that the parties have reached a settlement in this matter. Accordingly, the Court may remove the trial set for the week of May 13, 2019, from the Court's calendar and the Court does not need to take any action on any pending motions. We will soon forward a stipulation of dismissal to the Court.

If you should have any questions, please do not hesitate to contact me.

Sincerely,

Scott R. Wolf

*[handwritten: Removed trial & pretrial from calendar]*

SRW/ao

cc: Ross Downs, Jr., Esq.
Matthew W. Bailey, Esq.