UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| LLOYD PRICE | NO.   3:17-cv-01069 RGJ-KLH |
| VERSUS | JUDGE DOUGHTY |
| WAL-MART LOUISIANA, LLC, ET AL | MAGISTRATE JUDGE PEREZ-MONTES |

STIPULATION OF DISMISSAL
PURSUANT TO FED. R. CIV. P. 41(a)(1)(ii)

NOW COME plaintiff, LLOYD PRICE ("plaintiff"), and defendants, WAL-MART LOUISIANA, LLC ("Walmart"), WAL-MART STORES, INC. ("Walmart"), STACY MARTIN, and COCA COLA BOTTLING COMPANY UNITED, INC. ("Coca Cola")(collectively "defendants"), who stipulate that plaintiff's suit against defendants, and Walmart's suit against Coca Cola, be and are HEREBY DISMISSED, with prejudice, with Walmart to bear any court costs, this 7th day of April, 2019.

| | |
|---|---|
| THE DOWNS LAW FIRM, A.P.C. | BLANCHARD, WALKER, O'QUIN & ROBERTS - (A Professional Law Corporation) |
| By:   /s/ Ross Downs, Jr.<br>     Ross Downs, Jr., La. Bar No. 22340 | By:        /s/ Scott R. Wolf<br>     Scott R. Wolf, La. Bar No. 28277 |
| 517 North Washington Street<br>Bastrop, Louisiana 71220 | 333 Texas Street, Suite 700<br>P.O. Drawer 1126<br>Shreveport, Louisiana 71163-1126 |
| Telephone: (318) 281-7677<br>Telecopier: (318) 281-2225<br>E-Mail: ross@rossdownslaw.com | Telephone: (318) 221-6858<br>Telecopier: (318) 227-2967<br>E-Mail: swolf@bwor.com |
| ATTORNEYS FOR PLAINTIFF,<br>LLOYD PRICE | ATTORNEYS FOR DEFENDANTS,<br>WAL-MART LOUISIANA, LLC, WAL-MART STORES, INC., and STACY MARTIN |

IRWIN FRITCHIE URQUHART & MOORE, LLC


By:   /s/ Matthew W. Bailey
    Matthew W. Bailey, La. Bar No. 21459

 400 Convention Street, Suite 1001
 Baton Rouge, Louisiana 70802

 Telephone: (225) 615-7395
 Telecopier: (504) 310-2101
 E-Mail: mbailey@irwinllc.com


ATTORNEYS FOR DEFENDANT,
COCA COLA BOTTLING COMPANY UNITED, INC.

## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## MONROE DIVISION

| | |
|---|---|
| **LLOYD PRICE** | **NO.  3:17-cv-01069 RGJ-KLH** |
| **VERSUS** | **JUDGE DOUGHTY** |
| **WAL-MART LOUISIANA, LLC, ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a copy of the Stipulation of Dismissal has this date been served via the Court's electronic mail notification system.

Shreveport, Louisiana, this 7th day of April, 2019.

/s/ Scott R. Wolf
OF COUNSEL
